**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL L. BUESGENS,<br><br>    Plaintiff,<br><br>  v.<br><br>BEVERLY HART, et al.,<br><br>    Defendants.<br>_____ / | No. C 09-80039 SI<br>Related Case: No. C 09-80045 SI<br><br>**RESPONSE TO "REQUEST FOR INFORMATION"** |

    Plaintiff has filed a "request for information," which asks: "When is plaintiff Buesgens required to file notice of appeal to the Ninth Circuit Court of Appeals?"

    A notice of appeal must be timely filed with the clerk of the district court from which the appeal is taken. Fed. R. App. Pro. 3(a)(1). In general, a notice of appeal must be filed within 30 days after entry of the appealed judgment or order. Fed. R. App. Pro. 4(a)(1)(A).

    It is plaintiff's responsibility to prosecute his own action, which includes doing the necessary research and investigation as to rules and deadlines. It is inappropriate for this Court to provide basic legal research to plaintiff and he is cautioned that he should file no more such "requests for information" with this Court.

**IT IS SO ORDERED.**

Dated: April 20, 2009

                                                 SUSAN ILLSTON
                                                 United States District Judge